# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marsha L. Fay, | No. CV-15-1141-PHX-SMM |
| Plaintiff, | |
| v. | **ORDER** |
| AmTrust North America, Inc., | |
| Defendant. | |

Pending before the Court is the parties' Stipulation for Dismissal With Prejudice. (Doc. 28.)

Accordingly,

**IT IS HEREBY ORDERED DISMISSING WITH PREJUDICE** any and all claims with all parties to bear their respective costs and attorney's fees.

**IT IS FURTHER ORDERED VACATING** the status hearing set for **Monday, February 22, 2016, at 2:30 p.m.**

DATED this 25th day of January, 2016.

_Stephen M. McNamee_
Stephen M. McNamee
Senior United States District Judge